ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL HERBERT, | CASE NO. 1:07-cv-01016-TAG |
| Plaintiff, | **ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S CONFIDENTIAL LETTER BRIEF** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Defendant's time to respond to Plaintiff's confidential letter brief, the request is hereby APPROVED.

Defendant shall file his response on or before April 15, 2008.

IT IS SO ORDERED.

Dated: **February 20, 2008**               **/s/ Theresa A. Goldner**
                                            UNITED STATES MAGISTRATE JUDGE