# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL R. HERBERT, | Case No. 1:07-cv-01016 TAG |
| Plaintiff, | ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO AMEND |
| v. | (Doc. 15) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On July 16, 2007, Plaintiff Sherrill R. Herbert ("Plaintiff"), through counsel, filed a complaint seeking judicial review of Defendant Michael J. Astrue's ("Defendant") denial of her application for Social Security disability benefits. (Doc. 1). On July 17, 2007, the Court issued a Scheduling Order requiring Plaintiff to serve a letter brief on Defendant within thirty (30) days after serving the complaint and summons on Defendant. (Doc. 4). Because Plaintiff did not file a return of service, service on Defendant is calculated as commencing on August 28, 2008, the date Defendant filed his Consent to Jurisdiction by a Magistrate Judge. (Doc. 6). The terms of the Scheduling Order (Doc. 4) provide that Defendant respond to Plaintiff's letter brief no later than thirty-five (35) days after receipt of same. (Doc. 4). On February 20, 2008, the Court granted Defendant an extension of time – to April 15, 2008 – to serve his confidential letter brief, pursuant to the parties' stipulation. (Docs. 12, 13).

Absent an agreement to remand the case, the April 15 order effectively provided Plaintiff until May 15, 2008, or thirty (30) days from Defendant's confidential letter brief, to file an opening brief in this Court. (Docs. 4, 13). Plaintiff filed her opening brief on May 19, 2008, which is deemed timely. (Doc. 19). Defendant's opposition brief is due thirty (30) days from the date Plaintiff served her opening

1  brief, which this Court calculates to be June 18, 2008. (Docs. 4, 19).

2       On June 3, 2008, Plaintiff filed a "Motion to Amend Plaintiff's Opening Brief." (Doc. 15).
3  Plaintiff requests that the job description of "Office Manager" be altered to "Waitress" in two of the
4  sentences in her May 19, 2008 opening brief. (Id.).

5       Because Defendant's opposition brief is due on June 18, 2008, IT IS HEREBY ORDERED that
6  Defendant is DIRECTED to file a response to Plaintiff's Motion to Amend within five (5) court days
7  of the date of this Order.

9  IT IS SO ORDERED.

10 Dated: **June 6, 2008**                     /s/ **Theresa A. Goldner**
                                                         UNITED STATES MAGISTRATE JUDGE