# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL R. HERBERT, | Case No. 1:07-cv-01016 TAG |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND OPENING BRIEF |
| v. | (Doc. 15) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On July 16, 2007, Plaintiff Sherrill R. Herbert ("Plaintiff"), through counsel, filed a complaint seeking judicial review of Defendant Michael J. Astrue's ("Defendant") denial of her application for Social Security disability benefits. (Doc. 1). Pursuant to the Court's Orders, Plaintiff timely filed her Opening Brief on May 19, 2008. (Docs. 4, 13, 14). On June 3, 2008, Plaintiff filed a "Motion to Amend Plaintiff's Opening Brief" in which she requested that the job description of "Office Manager" be changed to "Waitress" in two sentences of her Opening Brief. (Doc. 15). On June 9, 2008, an Order issued directing Defendant to respond to Plaintiff's Motion to Amend. (Doc. 16). On July 13, Defendant responded that he did not object to the changes to the Opening Brief as described in the Motion to Amend. (Doc. 17). Defendant further stated that amending the Opening Brief would not affect his ability to timely file his Response Brief. (Id.).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Amend her Opening Brief BE GRANTED as follows:

1. The phrase "an Office Manager" on page i, line 17, and page 18, line 10, of Plaintiff's Opening Brief (Doc. 14) are deemed AMENDED to "a Waitress" *nunc pro tunc*; and

1

1      2.  The terms of the Scheduling Order (Doc. 4) SHALL REMAIN intact.

4  IT IS SO ORDERED.

5  Dated:  **June 16, 2008**                                                         **/s/ Theresa A. Goldner**
                                                                            UNITED STATES MAGISTRATE JUDGE