ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| SHERRILL R. HERBERT, | CASE NO. 1:07-CV-01016-BAK (SMS) |
| Plaintiff, | **ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

## ORDER

Plaintiff's Counsel as the plaintiff's assignee is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $5,500.00, pursuant to the stipulation of the parties. Plaintiff's counsel further seeks costs of $350.00 for the filing fee, payable out of the judgment fund.

IT IS SO ORDERED.

**Dated: April 27, 2009**          /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE